# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>Jose Carmen Carrillo-Lemos, )<br>)<br>Defendant. )<br>_____) | Case No.: CR 09-233-S-BLW<br><br>**ORDER APPOINTING**<br>**FEDERAL DEFENDER** |

Because the above-named defendant has testified under oath or has otherwise satisfied the court that he or she is financially unable to employ counsel and does not wish to waive counsel, and because the interests of justice so require,

IT IS HEREBY ORDERED that the Federal Defender for the District of Idaho is appointed to represent this defendant in these proceedings.

IT IS FURTHER ORDERED that the Federal Defender will immediately notify the Clerk's Office of any conflict of interest or inability to accept this appointment.

DATED this __1__ day of __July__, 2010.

U.S. DISTRICT COURT

_____
U.S. Magistrate Judge

cc:  Assistant U.S. Attorney
     Federal Defender
     US Probation
     US Marshal