# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

U.S. COURTS
JUL 0 8 2010
Rcvd____Filed____Time____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES OF AMERICA
v.
JOSE CARMEN CARRILLO-LEANOS

**WARRANT FOR ARREST**

CASE NUMBER: **CR 09-233-S-BLW**

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JOSE CARMEN CARRILLO-LEANOS** and bring forthwith to the nearest magistrate to answer **AN INDICTMENT** charging with the below listed violation.

8 USC 1326(a) and (B)(2)-DEPORTED ALIEN FOUND IN USA

_Darlene Smith_
Darlene Smith, Deputy Clerk
Name and Title of Issuing Officer

October 15, 2009
Date

---

**RETURN**

---

This warrant was received _____ and executed with the arrest of the above-named individual at _____.

_____
Signature of Arresting Officer

_____
Name & Title of Arresting Officer

Date of Arrest
7-1-10 - Received on a WHCAP.

RECEIVED U.S. MARSHALS SERVICE 2009 OCT 15 PM 2: 23 BOISE, IDAHO